◼ KIM WILLIAMS et al., Plaintiffs, v RACHEL LECHASE et al., Appellants-Respondents, and BIBBY ELECTRIC, Respondent-Appellant. (Appeal No. 2.) [788 NYS2d 918]—Appeal and cross appeal from an order and judgment (one paper) of the Supreme

Court, Monroe County (Robert J. Lunn, J.), entered December 1, 2003. The order and judgment dismissed all cross claims in their entirety.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Williams v LeChase* (15 AD3d 988 [2005]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.